

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

LAURA S. WASSMER AND STEPHEN §
B. HOPPER, §
§     No. 08-12-00331-CV
         Appellants, §
§     Appeal from the
v. §
§     Probate Court Number Three
JO N. HOPPER, §
§     of Dallas County, Texas
         Appellee/Cross-Appellant. §
    (TC#PR-11-3238-3)

**J U D G M E N T**

The Court has considered this cause on the record and concludes the judgment of the court below should be reversed in part and affirmed in part. We therefore reverse that portion of the trial court's Second Revised Order on Motions for Summary Judgment which grants Appellants' second and third summary judgment issues. We render judgment granting Appellee/Cross-Appellant's second, third, fourth, fifth, and eighth requested summary judgment declarations, in accordance with the opinion of this Court.

The trial court's first, second, and third declarations in its order are reversed and deleted. The remainder of the judgment is affirmed.

We further order that each party bear their own appellate costs. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF DECEMBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating